(121 So. 700)

### J. W. LINDSEY v. STEWART BROS.
### (8 Div. 80.)

Supreme Court of Alabama,   April 11, 1929.

Tennis Tidwell, of Decatur, for petitioner.
Sample & Kilpatrick and J. Marvin Kelley all of Hartselle, opposed.

BOULDIN, J.   Petition of J. W. Lindsey for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Lindsey v. Stewart Bros., 121 So. 699.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.